IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WINDSTREAM CORPORATION, WINDSTREAM BENEFITS COMMITTEE, WINDSTREAM SYSTEMS OF THE MIDWEST, INC., and VALOR TELECOMMUNICATIONS OF TEXAS, L.P., d/b/a Windstream Communications Southwest<br><br> Plaintiffs,<br>-v-<br><br>DANNY AMMONS, THOMAS WELDON CASE, CRAIG WALLACE, JOHNNY LEE, HELEN E. FRANKS, HOMER A. MEEKINS, HELEN M. HALE, CAREATHA A. ADAMS, FLOYD L. MADISON, DORENE R. FULLER, DONALD H. REMPE, CARMEN M. BRYANT, SARAH McMULLEN, LINDA SUE DONAHUE, DONALD F. ANTHOLZ, CHARLES J. MOORE, JOSEPH P. WANSOLICH, THOMAS FARRELL WATTS, AGNES M. DAVIS, JOHN W. HAAK, JACK R. ELLIOT, TYRONE M. KIMREY and DAN WEINHEIMER,<br><br>Individually and as Representatives of Persons Similarly Situated,<br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 4:09-CV-953JLH |

# ORDER DISMISSING
# DEFENDANTS CAREATHA A. ADAMS AND DAN WEINHEIMER

In consideration of Plaintiffs' Notice of Dismissal of Defendant Careatha A. Adams and Defendant Dan Weinheimer Without Prejudice, this Court hereby ORDERS that Defendant Careatha A. Adams and Defendant Dan Weinheimer are dismissed without prejudice.

IT IS SO ORDERED this 24th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE