**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

WINDSTREAM CORPORATION,                                                                PLAINTIFFS
WINDSTREAM BENEFITS COMMITTEE,
WINDSTREAM SYSTEMS OF THE
MIDWEST, INC., and VALOR
TELECOMMUNICATIONS OF TEXAS, L.P.,
d/b/a Windstream Communications Southwest

v.                                      No. 4:09CV00953 JLH

DANNY AMMONS, THOMAS WELDON CASE,
CRAIG WALLACE, JOHNNY LEE,
HELEN E. FRANKS, HOMER A. MEEKINS,
CAREATHA A. ADAMS, FLOYD L. MADISON,
DORENE R. FULLER, DONALD H. REMPE,
CARMEN M. BRYANT, SARAH McMULLEN,
LINDA SUE DONAHUE, DONALD F. ANTHOLZ,
CHARLES J. MOORE, JOSEPH P. WANSOLICH,
THOMAS FARRELL WATTS, AGNES M. DAVIS,
JOHN W. HAAK, JACK R. ELLIOT,
TYRONE M. KIMREY, and DAN WEINHEIMER,
individually and as Representatives of Persons Similarly Situated            DEFENDANTS

**ORDER DISMISSING DEFENDANT HELEN M. HALE**

In consideration of Plaintiffs' Notice of Dismissal of Defendant Helen M. Hale without prejudice, this Court hereby ORDERS that Defendant Helen M. Hale is dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE