IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WINDSTREAM CORPORATION, WINDSTREAM BENEFITS COMMITTEE, WINDSTREAM SYSTEMS OF THE MIDWEST, INC., and VALOR TELECOMMUNICATIONS OF TEXAS, L.P., d/b/a WINDSTREAM COMMUNICATIONS SOUTHWEST | PLAINTIFFS |
| v.   Case No. 4:09CV00953 JLH | |
| CRAIG WALLACE, JOHNNY LEE, HELEN E. FRANKS, HOMER A. MEEKINS, DANNY AMMONS, THOMAS WELDON CASE, FLOYD L. MADISON, DORENE R. FULLER, DONALD H. REMPE, CARMEN M. BRYANT, SARAH McMULLEN, LINDA SUE DONAHUE, DONALD F. ANTHOLZ, CHARLES J. MOORE, JOSEPH P. WANSOLICH, THOMAS FARRELL WATTS, JACK R. ELLIOT, and TYRONE M. KIMREY, Individually and as Representatives of Persons Similarly Situated | DEFENDANTS |

## ORDER

David Van Os has filed an application for permission to appear *pro hac vice* on behalf of separate defendant Johnny Lee, designating John L. Burnett of Lavey and Burnett as local counsel. The motion is GRANTED. Document #37. David Van Os is hereby admitted to appear before this Court *pro hac vice* as co-counsel in this action for separate defendant Johnny Lee.

IT IS SO ORDERED this 19th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE