IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WINDSTREAM CORPORATION, *et al.*                                              PLAINTIFFS

v.                                        NO. 4:09CV00953 JLH

CRAIG WALLACE, *et al.*                                                       DEFENDANTS

## ORDER

The Court's attention has been directed to the fact that separate defendant THOMAS WELDON CASE herein is presently proceeding *pro* se.

The purpose of this Order is to direct defendant's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court.  Failure to comply <u>may</u> result in default judgment being entered against him.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the U.S. District Court Clerk for the Eastern District of Arkansas. Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant THOMAS WELDON CASE by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 4th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE