# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| WINDSTREAM CORPORATION, | § | |
| WINDSTREAM BENEFITS COMMITTEE, | § | |
| WINDSTREAM SYSTEMS OF THE | § | |
| MIDWEST, INC., and VALOR | § | |
| TELECOMMUNICATIONS OF TEXAS, | § | Case No. 4:09-CV-953JLH |
| L.P., d/b/a Windstream Communications | § | |
| Southwest | § | |
| | § | |
| Plaintiffs, | § | |
| -v- | § | |
| | § | |
| DANNY AMMONS, | § | |
| THOMAS WELDON CASE, | § | |
| CRAIG WALLACE, JOHNNY LEE, | § | |
| HELEN E. FRANKS, HOMER A. | § | |
| MEEKINS, HELEN M. HALE, | § | |
| CAREATHA A. ADAMS, FLOYD L. | § | |
| MADISON, DORENE R. FULLER, | § | |
| DONALD H. REMPE, CARMEN M. | § | |
| BRYANT, SARAH McMULLEN, | § | |
| LINDA SUE DONAHUE, DONALD F. | § | |
| ANTHOLZ, CHARLES J. MOORE, | § | |
| JOSEPH P. WANSOLICH, | § | |
| THOMAS FARRELL WATTS, | § | |
| AGNES M. DAVIS, JOHN W. HAAK, | § | |
| JACK R. ELLIOT, TYRONE M. KIMREY | § | |
| and DAN WEINHEIMER, | § | |
| Individually and as Representatives of | § | |
| Persons Similarly Situated, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING DEFENDANT SARAH McMULLEN

In consideration of the Agreed Motion to Dismiss Defendant Sarah McMullen, which was jointly submitted by Plaintiffs and Defendant Sarah McMullen, this Court hereby ORDERS that Defendant Sarah McMullen is dismissed without prejudice.

IT IS SO ORDERED this 30th day of June, 2010.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE