IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WINDSTREAM CORPORATION, WINDSTREAM BENEFITS COMMITTEE, WINDSTREAM SYSTEMS OF THE MIDWEST, INC., and VALOR TELECOMMUNICATIONS OF TEXAS, L.P., d/b/a Windstream Communications Southwest | § § § § § § § § | PLAINTIFFS |
| -v- | § § | Case No. 4:09-CV-953JLH |
| DANNY AMMONS, THOMAS WELDON CASE, CRAIG WALLACE, JOHNNY LEE, HELEN E. FRANKS, HOMER A. MEEKINS, HELEN M. HALE, CAREATHA A. ADAMS, FLOYD L. MADISON, DORENE R. FULLER, DONALD H. REMPE, CARMEN M. BRYANT, LINDA SUE DONAHUE, DONALD F. ANTHOLZ, CHARLES J. MOORE, JOSEPH P. WANSOLICH, THOMAS FARRELL WATTS, AGNES M. DAVIS, JOHN W. HAAK, JACK R. ELLIOT, TYRONE M. KIMREY and DAN WEINHEIMER, | § § § § § § § § § § § § § § § § § § | |
| Individually and as Representatives of Persons Similarly Situated | § § | DEFENDANTS |

## ORDER DISMISSING DEFENDANT DANNY AMMONS

In consideration of the Agreed Motion to Dismiss Defendant Danny Ammons, which was jointly submitted by Plaintiffs and Defendant Danny Ammons, this Court hereby ORDERS that Defendant Danny Ammons is dismissed without prejudice. Documents #51 and #56.

IT IS SO ORDERED this 9th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE