IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WINDSTREAM CORPORATION, § | | PLAINTIFFS |
| WINDSTREAM BENEFITS COMMITTEE, § | | |
| WINDSTREAM SYSTEMS OF THE § | | |
| MIDWEST, INC., and VALOR § | | |
| TELECOMMUNICATIONS OF TEXAS, § | Case No. 4:09CV00953 JLH | |
| L.P., d/b/a Windstream Communications § | | |
| Southwest § | | |
| § | | |
| -v- § | | |
| § | | |
| CRAIG WALLACE, JOHNNY LEE, § | | |
| HELEN E. FRANKS, HOMER A. MEEKINS, § | | |
| FLOYD L. MADISON, DORENE R. FULLER, § | | |
| DONALD H. REMPE, CARMEN M. BRYANT, § | | |
| LINDA SUE DONAHUE, DONALD F. § | | |
| ANTHOLZ, CHARLES J. MOORE, § | | |
| JOSEPH P. WANSOLICH, § | | |
| THOMAS FARRELL WATTS, § | | |
| JACK R. ELLIOT, and TYRONE M. KIMREY, § | | |
| § | | |
| Individually and as Representatives of § | | |
| Persons Similarly Situated § | | DEFENDANTS |

**ORDER DISMISSING DEFENDANT THOMAS CASE
AND DISMISSING COUNTERCLAIM AGAINST PLAINTIFFS**

In consideration of the Agreed Motion to Dismiss Defendant Thomas Case, which was jointly submitted by Plaintiffs and Defendant Thomas Case, this Court hereby ORDERS that Defendant Thomas Case is dismissed without prejudice and Defendant Case's counterclaim against Plaintiffs is dismissed without prejudice.

IT IS SO ORDERED this 17th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE