IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WINDSTREAM CORPORATION, WINDSTREAM BENEFITS COMMITTEE, WINDSTREAM SYSTEMS OF THE MIDWEST, INC., and VALOR TELECOMMUNICATIONS OF TEXAS, L.P., d/b/a WINDSTREAM COMMUNICATIONS SOUTHWEST | PLAINTIFFS |
| v.   Case No. 4:09CV00953 JLH | |
| CRAIG WALLACE, JOHNNY LEE, HELEN E. FRANKS, HOMER A. MEEKINS, FLOYD L. MADISON, DORENE R. FULLER, DONALD H. REMPE, CARMEN M. BRYANT, LINDA SUE DONAHUE, DONALD F. ANTHOLZ, CHARLES J. MOORE, JOSEPH P. WANSOLICH, THOMAS FARRELL WATTS, JACK R. ELLIOT, and TYRONE M. KIMREY, Individually and as Representatives of Persons Similarly Situated | DEFENDANTS |

## **ORDER**

Pending before the Court is separate defendant Johnny Lee's motion to appear *pro hac vice*. Having considered the motion and the supporting affidavit, the Court finds that said motion should be granted and that Matt Holder should be and hereby is admitted to practice in the United States District Court for the Eastern District of Arkansas *pro hac vice* for purposes of this case only. Document #70.

IT IS SO ORDERED this 8th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE