IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WINDSTREAM CORPORATION,     PLAINTIFFS
WINDSTREAM BENEFITS COMMITTEE,
WINDSTREAM SYSTEMS OF THE
MIDWEST, INC., and VALOR
TELECOMMUNICATIONS OF TEXAS, L.P.,
d/b/a WINDSTREAM COMMUNICATIONS SOUTHWEST

v.     Case No. 4:09CV00953 JLH

CRAIG WALLACE, JOHNNY LEE,
HELEN E. FRANKS, HOMER A. MEEKINS,
FLOYD L. MADISON, DORENE R. FULLER,
DONALD H. REMPE, CARMEN M. BRYANT,
DONALD F. ANTHOLZ, CHARLES J. MOORE,
JOSEPH P. WANSOLICH, THOMAS FARRELL
WATTS, JACK R. ELLIOT, and TYRONE M. KIMREY,
Individually and as Representatives of Persons Similarly Situated     DEFENDANTS

### ORDER DISMISSING DEFENDANT LINDA SUE DONAHUE

In consideration of the Agreed Motion to Dismiss Defendant Linda Sue Donahue, which was jointly submitted by Plaintiffs and Defendant Linda Sue Donahue, this Court hereby ORDERS that Defendant Linda Sue Donahue is dismissed without prejudice.

IT IS SO ORDERED this 28th day of October, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE