## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WINDSTREAM CORPORATION,                                                                                     PLAINTIFFS
WINDSTREAM BENEFITS COMMITTEE,
WINDSTREAM SYSTEMS OF THE
MIDWEST, INC., and VALOR
TELECOMMUNICATIONS OF TEXAS, L.P.,
d/b/a WINDSTREAM COMMUNICATIONS SOUTHWEST

v.                              Case No. 4:09CV00953 JLH

JOHNNY LEE, HOMER A. MEEKINS,
DORENE R. FULLER, DONALD H. REMPE,
CARMEN M. BRYANT, DONALD F. ANTHOLZ,
CHARLES J. MOORE, JOSEPH P. WANSOLICH,
THOMAS FARRELL WATTS, and
TYRONE M. KIMREY, Individually and as
Representatives of Persons Similarly Situated                                                                DEFENDANTS

## ORDER DISMISSING DEFENDANT CRAIG WALLACE

In consideration of the Agreed Motion to Dismiss Defendant Craig Wallace, which was jointly submitted by Plaintiffs and Defendant Craig Wallace, this Court hereby ORDERS that Defendant Craig Wallace is dismissed without prejudice. Document #95.

IT IS SO ORDERED this 19th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE