IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WINDSTREAM CORPORATION,
WINDSTREAM BENEFITS COMMITTEE,          PLAINTIFFS
WINDSTREAM SYSTEMS OF THE
MIDWEST, INC., and
VALOR TELECOMMUNICATIONS OF
TEXAS, L.P., d/b/a WINDSTREAM
COMMUNICATIONS SOUTHWEST,

   Plaintiffs,

                                        Case No.: 4:09-CV-953JLH
v.

JOHNNY LEE, HOMER A MEEKINS,
DORENE R. FULLER, DONALD H. REMPE,
CARMEN M. BRYANT, DONALD F.
ANTHOLZ, CHARLES J. MOORE, JOSEPH
P. WANSOLICH, THOMAS FARRELL       DEFENDANTS
WATTS and TYRONE M. KIMREY,

## ORDER GRANTING MOTION TO INTERVENE ON BEHALF OF COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO

The Motion to Intervene submitted by the Communications Workers of America came before the Court for consideration. The Plaintiffs do not oppose the Motion to Intervene as a procedural matter. Upon consideration of the Motion to Intervene, the arguments of counsel, and the fact of the Plaintiffs' non-opposition, the Court hereby GRANTS the Motion to Intervene. The Communications Workers of America shall file its cross-complaint in intervention against Plaintiff Valor Telecommunications of Texas, L.P. d/b/a Windstream Communications Southwest.

IT IS SO ORDERED this 27th day of April 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE