**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| WINDSTREAM CORPORATION, | PLAINTIFFS |
| WINDSTREAM BENEFITS COMMITTEE, | |
| WINDSTREAM SYSTEMS OF THE | |
| MIDWEST, INC., and VALOR | |
| TELECOMMUNICATIONS OF TEXAS, L.P., | |
| d/b/a Windstream Communications Southwest | |

v.                                            No. 4:09CV00953 JLH

| | |
|---|---|
| JOHNNY LEE, *et al.*, individually and as | |
| representatives of persons similarly situated | DEFENDANTS |

| | |
|---|---|
| COMMUNICATIONS WORKERS OF | CROSS-PLAINTIFF |
| AMERICA, AFL-CIO, | |

v.

| | |
|---|---|
| VALOR TELECOMMUNICATIONS OF | |
| TEXAS, L.P., d/b/a WINDSTREAM | |
| COMMUNICATIONS SOUTHWEST | CROSS-DEFENDANT |

**ORDER**

In consideration of the Joint Motion to Dismiss Defendant Carmen M. Bryant, which was

jointly submitted by the plaintiffs and Carmen M. Bryant, this Court hereby ORDERS that all claims

by the plaintiffs against Carmen M. Bryant are dismissed without prejudice.  Document #151.

IT IS SO ORDERED this 6th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE