# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| WINDSTREAM CORPORATION, WINDSTREAM BENEFITS COMMITTEE, WINDSTREAM SYSTEMS OF THE MIDWEST, INC., and VALOR TELECOMMUNICATIONS OF TEXAS, L.P., d/b/a Windstream Communications Southwest | PLAINTIFFS |
| v.   No. 4:09CV00953 JLH | |
| JOHNNY LEE, *et al.*, individually and as representatives of persons similarly situated | DEFENDANTS |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | CROSS-PLAINTIFF |
| v. | |
| VALOR TELECOMMUNICATIONS OF TEXAS, L.P., d/b/a WINDSTREAM COMMUNICATIONS SOUTHWEST | CROSS-DEFENDANT |

### **ORDER**

Rachel L. Williams has filed a motion for admission pro hac vice on behalf of Plaintiffs Windstream Corporation, Windstream Benefits Committee, and Valor Telecommunications of Texas, L.P., d/b/a Windstream Communications Southwest, designating Troy A. Price, Stephen R. Lancaster, and Michelle M. Kaemmerling of Wright, Lindsey & Jennings LLP as local counsel. The motion is GRANTED. Document #164. Rachel L. Williams is hereby admitted to appear before this Court pro hac as co-counsel in this action.

IT IS SO ORDERED this 6th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE