IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2012

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

| | |
|---|---|
| WINDSTREAM CORPORATION, § | |
| WINDSTREAM BENEFITS COMMITTEE, § | |
| WINDSTREAM SYSTEMS OF THE § | |
| MIDWEST, INC., and § | |
| VALOR TELECOMMUNICATIONS OF § | |
| TEXAS, L.P., d/b/a Windstream § | |
| Communications Southwest, § | |
| § | |
| *Plaintiffs*, § | |
| v. § | |
| § | |
| JOHNNY LEE, *et al.*, § | Case No.: 4:09-CV-953JLH |
| § | |
| Individually and as Representatives of § | |
| Persons Similarly Situated, § | |
| § | |
| *Defendants*. § | |

## ORDER GRANTING AGREED EMERGENCY MOTION TO EXTEND THE JULY 12, 2012 DEADLINES

In consideration of the Agreed Emergency Motion to Extend the July 12, 2012 Deadlines (the "Motion"), which was submitted by Plaintiffs Windstream Corporation, Windstream Benefits Committee, Windstream Systems of the Midwest, Inc. and Valor Telecommunications of Texas, LLC, f/k/a Valor Telecommunications of Texas, L.P., d/b/a Windstream Communications Southwest and Defendant Johnny Lee ("Defendant" or "Lee"), this Court hereby GRANTS this Motion and resets the Motion Deadline and Status Report Deadline to July 26, 2012, as follows:

> **4. STATUS REPORT**
> A status report must be filed with the Clerk's office on or before JULY 26, 2012. The report must include the date and results of any settlement conference, the settlement prospects, and an estimate of the length of trial.

**5. MOTION DEADLINE**
All motions, except motions in limine, must be filed on or before JULY 26, 2012. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Local Rules 7.2 and 56.1. Motions submitted after the deadline may be denied solely on that ground.

IT IS SO ORDERED this 13th day of July, 2012.

_____
J. Leon Holmes
PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE